# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PANAMA CITY DIVISION

FRANK DEPINTO,

     Plaintiff,

v.                                      CASE NO. 5:18cv153-MCR-GRJ

JORDAN HOFFMAN,

     Defendant.

_____/

## O R D E R

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated September 7, 2018. ECF No. 6. The parties have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.     The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2.      This case is **DISMISSED** as duplicative of Plaintiff's pending state court case.

3.      The clerk is directed to close the file.

**DONE AND ORDERED** this 11th day of October 2018.


*s/ M. Casey Rodgers*
_____
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**